IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**PACIFIC COMMUNITY RESOURCE CENTER et al.**,

Plaintiffs,

v.

**CITY OF GLENDALE, OREGON et al.**,

Defendants.
_____

Civ. No. 6:13-cv-01272-MC

**OPINION AND ORDER**

**MCSHANE, Judge**:

Plaintiffs filed this second motion for reimbursement of out-of-pocket expenses, ECF No. 176, pursuant to this District's Pro Bono Program Procedures.[1] This Court previously granted a motion for reimbursement of out-of-pocket expenses amounting to $1,012.50. *See* Opinion & Order 1–2, ECF No. 75. Plaintiffs now seek copying costs amounting to $148.25, deposition transcript costs amounting to $1711.50, and court transcript costs amounting to $127.75. This Court, having independently reviewed the submitted receipts, GRANTS plaintiffs' motion for reimbursement, ECF No. 176. Plaintiffs are reimbursed for out-of-pocket expenses amounting to $1987.50.[2]

IT IS SO ORDERED.

DATED this 25th day of March, 2015.

_____
**Michael J. McShane**
**United States District Judge**

---

[1] *See* U.S. DISTRICT COURT OF OREGON, PRO BONO SERVICE OPPORTUNITIES, *available at* http://www.ord.uscourts.gov/index.php/attorneys/pro-bono-panel (last visited March 25, 2015).

[2] This figure, when added to the earlier reimbursement, represents the maximum amount for reimbursement under this District's Pro Bono Program Procedures.

1 – OPINION AND ORDER